THE STATE OF NEW YORK
US DISTRICT COURT FOR THE EASTERN DIST. OF NEW YORK

Index No.: CV10-5914
Filed On:

JACQULINE L. AGUIRRE

**Affidavit of Service**
**SUBSTITUTE**

-against-

BEST CARE AGENCY, INC. et al

STATE OF NEW YORK, COUNTY OF NEW YORK

Renuka Persaud, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 12/22/2010 at 6:43am at 253-05 86th Avenue, BELLEROSE, NY 11426, your deponent served the SUMMONS AND COMPLAINT bearing Index # CV10-5914 upon DOROTHY DE CASTRO, by delivering a true copy to a person of suitable age and discretion, to wit: Lus Castro, relative, who verified that the intended recipient actually resides at this location.

Your deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

Gender: female
Skin Color: white
Hair Color: brown
Approximate Age: 50
Approximate Height: 5'10"
Approximate Weight: 130

That on 12/23/2010, your deponent mailed another true copy of same by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: 253-05 86th Avenue, BELLEROSE, NY 11426 in an envelope bearing the legend "Personal and Confidential". Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service.

That at the time of service as aforesaid, your deponent asked Lus Castro whether DOROTHY DE CASTRO was currently enrolled in military service of the United States of America and received a negative reply. Upon such information, your deponent affirms that the named recipient is not actively enrolled in military service of the United States of America.

Sworn to before me on 12/23/2010:

Denise Lowe
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2011

JULIA GILMAN
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01GI6221512
COMM. EXP. 5/3/14

Renuka Persaud
NYC License # - 1261218

FELIX Q. VINLUAN, ESQ.
450 SEVENTH AVENUE SUITE 931
NEW YORK, NY 10123
Phone: 212-643-2692
File No. BEST CARE

RETURN TO: NCS
20 VESEY ST REAR LOBBY, NEW YORK, NY 10007
Phone 212-349-3776
(NCS183810)
SP 143397

| | |
|---|---|
| THE STATE OF NEW YORK<br>US DISTRICT COURT FOR THE EASTERN DIST. OF NEW YORK | Index No.: CV10-5914<br>Filed On: |

JACQULINE L. AGUIRRE

-against-

BEST CARE AGENCY, INC. et al

**Affidavit of Service**
**SUBSTITUTE**

---

STATE OF NEW YORK, COUNTY OF NEW YORK

Renuka Persaud, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 12/22/2010 at 7:31am at 58-43 188th Street, FRESH MEADOWS, NY 11365, your deponent served the SUMMONS AND COMPLAINT bearing Index # CV10-5914 upon PERLITA JORDAN, by delivering a true copy to a person of suitable age and discretion, to wit: Jane Smith - true name refused, Cotenant, who verified that the intended recipient actually resides at this location.

Your deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

Gender:     female
Skin Color:   white
Hair Color:   brown
Approximate Age:     65
Approximate Height:   5'
Approximate Weight:    150

That on 12/23/2010, your deponent mailed another true copy of same by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: 58-43 188th Street, FRESH MEADOWS, NY 11365 in an envelope bearing the legend "Personal and Confidential". Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service.

That at the time of service as aforesaid, your deponent asked Jane Smith - true name refused whether PERLITA JORDAN was currently enrolled in military service of the United States of America and received a negative reply. Upon such information, your deponent affirms that the named recipient is not actively enrolled in military service of the United States of America.

Sworn to before me on 12/23/2010:

Denise Lowe
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2011

Renuka Persaud
NYC License # - 1261218

---

FELIX Q. VINLUAN, ESQ.
450 SEVENTH AVENUE SUITE 931
NEW YORK, NY 10123
Phone: 212-643-2692
File No. BEST CARE

RETURN TO: NCS
20 VESEY ST REAR LOBBY, NEW YORK, NY 10007
Phone 212-349-3776
(NCS183810)
SP 143399

| | |
|---|---|
| THE STATE OF NEW YORK<br>US DISTRICT COURT FOR THE EASTERN DIST. OF NEW YORK | Index No.: **CV10-5914**<br>Filed On: |

**JACQULINE L. AGUIRRE**

-against-

**BEST CARE AGENCY, INC. et al**

**Affidavit of Service**
**BUSINESS / AGENCY**

---

STATE OF NEW YORK, COUNTY OF NEW YORK

DENA FREEMAN , being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 12/21/2010 at 4:52pm at 249-12 Jericho Tpike #104, FLORAL PARK, NY 11001, your deponent served the SUMMONS AND COMPLAINT bearing Index # CV10-5914 upon BEST CARE AGENCY, INC., by delivering a true copy to Jane Doe - true name refused, Receptionist.  Your deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

Your deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

Gender:    female
Skin Color:    brown
Hair Color:    black
Approximate Age:    50-55
Approximate Height:    5'1"
Approximate Weight:    200

Sworn to before me on 12/22/2010:

Denise Lowe
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2011

DENA FREEMAN

---

FELIX Q. VINLUAN, ESQ.
450 SEVENTH AVENUE SUITE 931
NEW YORK,NY 10123
Phone: 212-643-2692
File No. BEST CARE

RETURN TO: NCS
20 VESEY ST REAR LOBBY, NEW YORK, NY 10007
Phone 212-349-3776
(NCS183810)
SP 143396