# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

JACQUELINE L. AGUIRRE,
              *Plaintiff,*

  - against -                                    10-cv-5914 (MKB-WDW)

BEST CARE AGENCY, INC.,                  AFFIRMATION OF SERVICE
DOROTHY DE CASTRO and
PERLITA JORDAN,
              *Defendants.*

-----------------------------------------------------------------X

     Felix Q. Vinluan, an attorney duly licensed to practice before the Courts of the State of New York, and before this Honorable Court, hereby affirm/declare the following under penalty of perjury:

     I am over the age of eighteen; not one of the parties to this action; am the counsel for the plaintiff in the within action. On October 11, 2012, I served a true copy of the within Reply-Memorandum of Law in support of Plaintiff's Motion for Summary Judgment, with accompanying Plaintiff's Declaration to:

    Mario DeMarco, Esq.
    Law Office of Mario DeMarco, PC
    Counsels for Defendants
    1 Gateway Plaza, 2nd Floor
    Port Chester, NY 10573

by filing same on the United States District Court for the Eastern District of New York's electronic court filing system.

                                                             /s/ FELIX Q. VINLUAN