Law Offices of

# MARIO DEMARCO, P.C.

info@mdemarcolaw.com
Admitted in Connecticut & New York

THE GATEWAY BUILDING
1 GATEWAY PLAZA, SUITE 2A
PORT CHESTER, NEW YORK 10573
TEL: (914) 937-2213
FAX: (914) 937-3066

<u>Connecticut Office:</u>
1100 Summer Street, 4th Floor
Stamford, Connecticut 06905
Tel: (203) 356-1060
Fax: (203) 348-5600

May 30, 2014

*Via EDNY ECF Filing System*
United States District Court
Eastern District of New York
Hon. Margo K. Brodie, USDCJ
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   <u>Aguirre v. Best Care Agency, Inc., et. al.</u>
      Docket No.:   10-cv-05914-MKB-WDW

Dear Judge Brodie:

    I represent the defendants with regard to the above referenced matter, on for trial before Your Honor on Monday, June 2, 2014. Please be advised that the matter has settled and may be removed from the docket. I shall submit a Stipulation of Settlement to be "So Ordered" by the Court on or before the expiration of two (2) weeks.

                                      Sincerely,

                                      <u>/s/ Mario DeMarco, Esq.</u>
                                      Mario DeMarco, Esq.

CC:
Felix Vinluan, Esq.
Via ECF