UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
JACQUELINE L. AGUIRRE,

                Plaintiff,

v.

BEST CARE AGENCY, INC., ET AL.,

                Defendants.
-------------------------------------------------------------------

**ORDER OF DISCONTINUANCE**
10-CV-5914 (MKB) (WDW)

MARGO K. BRODIE, United States District Judge:

    The parties having informed the Court that the parties have reached a settlement, it is hereby

    ORDERED, that this action is discontinued, without prejudice to the right to reopen the action if the settlement is not consummated.

                                            SO ORDERED:

                                            _____S/MKB_____
                                            MARGO K. BRODIE
                                            United States District Judge

Dated: June 17, 2014
       Brooklyn, New York